## DOAR RIECK KALEY & MACK
ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
JOHN JACOB RIECK, JR.
JOHN F. KALEY
WALTER MACK
JAMES R. DeVITA

OF COUNSEL
EILEEN MINNEFOR
JAMES I. WASSERMAN
MICHAEL MINNEFOR

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

---

The status conference is adjourned to July 31, 2015 at 11:00 am. Speedy trial time is excluded from today, June 15, 2015, until July 31, 2015, in the interest of justice.

The application is ✓ granted
___ denied

Edgardo Ramos, U.S.D.J
Dated: 6/15/2015
New York, New York

---

June 10, 2015

**By ECF Filing**
Honorable Edgardo Ramos
United States District Judge
40 Foley Square
New York, New York 10007

Re:   United States v. Michael James Seward,
      Docket No. 14 Cr. 482 (ER)

Dear Judge Ramos:

I am CJA counsel for the defendant Michael James Seward in the above referenced matter. I write to request that the conference in this matter, presently scheduled for June 18, 2015, be adjourned for approximately six weeks. The adjournment is being requested due to the fact that my medical leave of approximately five weeks has not permitted me to confer with the government on a possible resolution of the matter nor further attend to the voluminous discovery in this case. Furthermore, I presently have a trial scheduled before Judge Koeltl in early July. The defense consents to the exclusion of this time in the interests of justice under the Speedy Trial Act.

The government does also consent to this defense request for an adjournment.

Please do not hesitate to raise any questions or concerns with me.

Thank you for the Court's consideration of this application.

Respectfully submitted,

Walter Mack

cc:   AUSA Sarah McCallum
      AUSA Eun Young Choi
      (Via ECF and e-mail)
      Ms. Nicole Owens, Pretrial Services Officer
      (Via e-mail)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/2015